IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN V. CLEVELAND,<br><br>        Petitioner,<br><br> v.<br><br>RANDY GROUNDS,<br><br>        Respondent. | No. C 12-5298 SBA (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Docket No. 3. |

Petitioner Ivan V. Cleveland, an inmate at the Correctional Training Facility in Soledad, California, moves for an extension of time in which to file his application to proceed in forma pauperis, which was due on November 21, 2012. Having read Petitioner's motion and good cause appearing, the motion for an extension of time is GRANTED. Petitioner shall have thirty days from the date of this order to file his in forma pauperis application.

This order terminates docket no. 3.

IT IS SO ORDERED.

DATED:   11/28/12

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

```
 1  UNITED STATES DISTRICT COURT
    FOR THE
 2  NORTHERN DISTRICT OF CALIFORNIA

 3
    IVAN CLEVELAND,
 4                                              Case Number: CV12-05298 SBA
              Plaintiff,
 5                                              CERTIFICATE OF SERVICE
        v.
 6
    RANDY GROUNDS et al,
 7
              Defendant.
 8                                          /

 9
    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10  Court, Northern District of California.

11  That on November 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.
13

14

15  Ivan Vernord Cleveland H-60545
    CTF-Soledad
16  P.O. Box 689
    Soledad, CA 93960-0689
17
    Dated: November 30, 2012
18                                              Richard W. Wieking, Clerk
                                                By: Lisa Clark, Deputy Clerk
19
```

**United States District Court**
For the Northern District of California

L:\PRO-SE\SBA\HC.12\Cleveland 12-5298 EOT Grant.wpd         2