JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IVAN VERNORD CLEVELAND, | ) | CASE NO. CV 13-4201-GAF (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| RANDY GROUNDS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 12, 2013

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**