JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VERNORD CLEVELAND, | CASE NO. CV 13-4201-GAF (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| RANDY GROUNDS, | |
| Respondent. | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 12, 2013

*(signature)*

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**